**Dismissed and Opinion Filed September 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00866-CV

### IN RE COLUMBIA MEDICAL CENTER OF ARLINGTON SUBSIDIARY, L.P. D/B/A MEDICAL CENTER ARLINGTON, Relator

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-06294-C**

## MEMORANDUM OPINION
Before Justices Bridges, Lang-Miers, and Myers
Opinion by Justice Bridges

The Court has before it relator's motion to dismiss this original proceeding. Relator states that the parties have reached an agreement regarding the discovery dispute that is the subject of the petition for writ of mandamus. We grant the motion and dismiss this original mandamus proceeding. *See generally* TEX. R. APP. P. 42.1(a)(1).

150866F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE